COPY

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Heidi Frison, on her own behalf and behalf of her minor children, Erica Frison and Keisha Frison, Plaintiffs, vs. Officer Daniel J. Zebro, Sgt. Peck, Officer Scagle, Officer S. Bystrom, Officer Merrill, Jane Doe (whose true name is unknown), John Smith (whose true name is unknown), Jim Jones (whose true name is unknown), all in their personal and official capacities; and the City of St. Paul, Defendants. | Court File no. 00-2688 PAM/JGL<br><br>**ORDER** |

The above-entitled matter came before the undersigned, Magistrate Judge of the United States District Court, District of Minnesota, on October 26, 2001, for hearing on Defendants' Motion For Orders Pursuant to Fed. R. Civ. P. 16 (B), 26 (2) (A), 35 (A), and D. Minn. LR 16.3. James F.X. Jerskey appeared on behalf of the defendants. Jordan Kushner, Esq., appeared for plaintiffs.

The Court, having been fully advised in the premises and based upon all the files, affidavits, and arguments of counsel in this matter, does hereby

**ORDER**

1. Good cause exists to modify the parties' pretrial discovery order so as to extend the Fed. R. Civ. P. 26 (2) (A) disclosure deadline as follows:

   a. Plaintiffs' expert disclosure and report deadline is November 30, 2001.

   b. Defendants' expert disclosure and report deadline of December 30, 2001.

   c. Both parties' rebuttal expert report deadlines are January 15, 2002.

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff Heidi Frison shall submit to a psychological examination, to be performed by Dr. Peter E. Zelles, Ph.D.

3. Plaintiff is ordered to pay defendants $465.00 for failing to appear at her October 10, 2001 psychological examination. This order shall be stayed on the condition that the plaintiff submits to the above referenced psychological examination.

Dated: ~~November~~ Oct 31, 2001

Magistrate Judge Jonathan G. Lebedoff