**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Heidi Frison, on her own behalf and behalf of her minor children, Erica Frison and Keisha Frison,<br><br>Plaintiffs,<br><br>vs.<br><br>Officer Daniel J. Zebro, Sgt. Peck, Officer Scagle, Officer S. Bystrom, Officer Merrill, Jane Doe (whose true name is unknown), John Smith (whose true name is unknown), Jim Jones (whose true name is unknown), all in their personal and official capacities; and the City of St. Paul,<br><br>Defendants. | Court File no. 00-2688 PAM/JGL<br><br>STIPULATION AND ORDER TO EXCLUDE THE TESTIMONY OF NATHANIEL KHALIQ AND WITHDRAW MOTION TO COMPEL |

WHEREAS the plaintiffs identified Nathaniel Khaliq, President of the St. Paul Chapter of the NAACP in their answers to defendants' interrogatories as the witness whom they contend has specific knowledge of the alleged discriminatory practices of the St. Paul police department, and

WHEREAS the Defendants served a subpoena duces tecum on Mr. Khaliq commanding him to produce all records relating to the specific knowledge he claimed to possess, and

WHEREAS Mr. Khaliq testified at his deposition that his opinions concerning the alleged discriminatory practices of the St. Paul police department were based in part upon written complaints made to the St. Paul NAACP, and that he would not produce said complaints without a court order, and

WHEREAS the Defendants have filed a motion to compel said complaints, to be heard by the Court on December 6, 2001, and

WHEREAS the Plaintiffs' counsel has informed defense counsel that the Plaintiffs will agree not to call Nathaniel Khaliq to testify as a witness at any phase of this proceeding to obviate the need for Defendants to proceed with their scheduled motion to compel,

NOW THEREFORE be it stipulated and agreed by and between the parties to this action that the Plaintiffs will not call Nathaniel Khaliq to testify as a witness at any phase of these proceedings, and that Defendants hereby withdraw their motion to compel Mr. Khaliq or the NAACP to produce documents or submit to further deposition.

FILED 12-5-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 30th, 2001

JORDAN S. KUSHNER, No. 219307
Attorney at Law
Sexton Building, Suite 636
529 South 7th Street
Minneapolis, MN 55415
Attorney for Plaintiff

DECEMBER 4
Dated: ~~November~~ ___, 2001

JAMES F. X. JERSKEY, No. 220115
Assistant City Attorney
550 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, Minnesota 55102
(651) 266-8757
Attorney for Defendants

ORDER

Upon the stipulation of the parties, Nathaniel Khaliq shall be precluded from testifying in connection with this action and the Defendants' Motion to Compel Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 30, 37 and 45, scheduled for December 6, 2001, shall hereby be withdrawn and stricken from the Court's calendar.

Dated: December 5____, 2001

JONATHAN G. LEBEDOFF
Magistrate Judge
United States District Court