UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Heidi Frison, on her own behalf and behalf of her minor children Erica Frison and Keisha Frison,

CIVIL 00-2688 PAM/JGL

Plaintiffs,

vs.

Officer Daniel J. Zebro, et al.

Defendants,

---

Heidi Frison and Erica Frison,

CIVIL 02-523 DSD/JMM

Plaintiffs,

vs.

Officer Todd Feroni,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 00-2688 PAM/JGL having been assigned to Judge Paul A. Magnuson, and Case No. 02-523 DSD/JMM having later been assigned to Judge David S. Doty, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 02-523 DSD/JMM, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 27, 2001.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: March 26, 2001

**PAUL A. MAGNUSON, Judge**
United States District Court

DATED: March 28, 2001

**DAVID S. DOTY, Judge**
United States District Court

FILED MAR 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Paul M. Magnuson
and
Chief Magistrate Judge Jonathan G. Lebedoff

NEW CASE INFORMATION 02-523 PAM/JGL
Use this case information for all further filings.