# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

---

No. 02-2226

---

| | | |
|---|---|---|
| Heidi Frison, | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | |
| Erica Frison, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Daniel J. Zebro, sued as Officer Daniel | * | |
| J. Zebro; Sgt. Peck; Officer Scagle; | * | |
| Officer S. Bystrom; Officer Merrill; | * | |
| | * | |
| Defendants - Appellees, | * | |
| | * | |
| Jane Doe, (whose true name is | * | |
| unknown); John Smith; Jim Jones, | * | |
| (whose true name is unknown), all | * | |
| in their personal and official capacities; | * | |
| | * | |
| Defendants, | * | |
| | * | |
| City of St. Paul, Minnesota, | * | |
| | * | |
| Defendant-Appellee, | * | |
| | * | |
| Todd Feroni, Officer, | * | |
| | * | |
| Defendant - Appellee. | * | |
| | * | |

FILED 9-15-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 21, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans