# UNITED STATES COURT OF A. .EALS

## FOR THE EIGHTH CIRCUIT

No. 02-2226

| | | |
|---|---|---|
| Heidi Frison, etc., et al., | * | |
| Appellants, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| Daniel J. Zebro, etc., et al., | * | |
| Appellees. | * | |

Appellees shall recover from the appellants the sum of two hundred fifty-four dollars and eighty-five cents ($254.85) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

September 12, 2003

Order Entered Under Rule 27B(a): Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED 9-15-03

(48)